**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALEB FARES GIHA,<br><br>    Plaintiff,<br><br>    v.<br><br>LORETTA E. LYNCH,<br><br>    Defendant. | **1:16-cv-893  DAD-EPG**<br><br>**ORDER TO SHOW CAUSE RE: NON-COMPLIANCE WITH ELECTRONIC FILING REQUIREMENTS**<br><br>**(L.R. 133)** |

On June 23, 2016, this case was transferred from the United States Court of Appeals for the Ninth Circuit. On that same day, Plaintiff's attorney, Mackenzie Mackins, was advised of the electronic registration requirements pursuant to Local Rule 133.  (Doc. 2).  To date, Plaintiff's counsel has not registered or paid the required fee.  Accordingly, attorney Mackenzie Mackins is Ordered to Show Cause by affidavit why sanctions should not be imposed for the failure to comply with this Court's electronic filing requirements.  Alternatively, counsel may comply with the previous notice and complete the registration process.  Any response to this Order to Show Cause must be filed **no later than July 22, 2016**.  Counsel is advised that failure to respond as

1 | ordered may result in the imposition of sanctions.

IT IS SO ORDERED.

Dated: **July 7, 2016**          /s/ Erica P. Grosjean
                                 UNITED STATES MAGISTRATE JUDGE