**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

CALEB FARES GIHA,

    Petitioner,

vs.

U.S. Attorney General,
JEFFERSON B. SESSIONS III,

    Respondent.

**Case No. 1:16-CV-00893-EPG**

**STIPULATION AND ORDER AMENDING THE NOVEMBER 30, 2016 SCHEDULING ORDER**

**ERICA P. GROSJEAN**
**U.S. MAGISTRATE JUDGE**

In response to this Court's March 1, 2017, Order, the parties submitted a proposed scheduling order. Pursuant to the parties' stipulation, the Scheduling Order is amended as follows:

1. **Expert Disclosure Deadline:  June 1, 2017; Rebuttal Expert Disclosure Deadline: June 30, 2017.**

2. **Expert Witness Discovery Deadline: July 31, 2017.**

3. **Non-Dispositive Motions Filing Deadline:  August 30, 2017; Response Deadline: Within 14 days of filing of the motion; Reply: Within 7 days of filing the response**. Moreover, non-expert discovery motions must be filed before **June 1, 2017,** subject to the Court's Local Rules and informal procedures.

4. **Dispositive Motions Deadline:**  Petitioner will file any dispositive motion on or before **September 29, 2017; Response Deadline:** Respondent will file any opposition to

1

Petitioner's dispositive motion on or before **October 13, 2017.**  Any cross-motion filed by Respondent will also be considered as Respondent's opposition to Petitioner's dispositive motion.  Petitioner will file any reply memorandum in support of his dispositive motion, and in opposition to Respondent's motion, on or before **October 27, 2017**.  Respondent will file any reply memorandum in support of its dispositive motion on or before **November 10, 2017**.

5. **Pre-trial Conference Date:  February 15, 2018, at 11:00 am.**

6. **Trial Date:  April 10, 2018, at 8:30 am**.

IT IS SO ORDERED.

Dated:   **March 10, 2017**          /s/ Erica P. Grosjean
                                       UNITED STATES MAGISTRATE JUDGE