**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALEB FARES GIHA,<br><br>      Petitioner,<br><br>vs.<br><br>JEFFERSON B. SESSIONS III,<br>U.S. Attorney General,<br><br>      Respondent. | **Case No. 1:16-CV-00893-DAD-EPG**<br>**JOINT STIPULATION AND ORDER**<br><br>**ERICA P. GROSJEAN**<br>**U.S. MAGISTRATE JUDGE** |

      The parties jointly stipulate that fact discovery in this case will be extended by three weeks, to and including April 21, 2017.  All other discovery dates previously set by the Court will remain the same.

| | |
|---|---|
| s/ Mackenzie W. Mackins, Esq.<br>Mackins & Mackins, LLP<br>14144 Ventura Blvd. Suite 270<br>Sherman Oaks, CA 91423<br>mwm@mackinslaw.com<br><br>/s/ Giselle Sotelo, Esq.<br>Mackins & Mackins, LLP<br>14144 Ventura Blvd, Suite 270<br>Sherman Oaks, CA 91423<br>(818) 461-9462<br><br>Counsel for Petitioner | CHAD A. READLER<br>Acting Assistant Attorney General<br>Civil Division<br><br>BRIENA L. STRIPPOLI<br>Senior Litigation Counsel<br>Office of Immigration Litigation<br><br>/s/ Rebekah Nahas<br>REBEKAH NAHAS<br>Trial Attorney<br>Office of Immigration Litigation<br>Civil Division<br>U.S. Department of Justice<br>PO Box 878, Ben Franklin Station<br>Washington, DC 20044<br>(202) 598-2261<br>Rebekah.nahas2@usdoj.gov |

1

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALEB FARES GIHA,<br><br>         Petitioner,<br><br>  vs.<br><br>JEFFERSON B. SESSIONS III,<br>U.S. Attorney General,<br><br>         Respondent. | **Case No. 1:16-CV-00893-DAD-EPG**<br>**ORDER**<br><br>**ERICA P. GROSJEAN**<br>**U.S. MAGISTRATE JUDGE** |

      Based on the above stipulation, the non-expert discovery cutoff date in this case is extended to **April 21, 2017**. All other discovery dates previously set by the Court will remain the same.

IT IS SO ORDERED.

    Dated: __**March 31, 2017**__                    /s/ Erica P. Grosjean
                                                             UNITED STATES MAGISTRATE JUDGE