# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALEB FARES GIHA,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>JEFFERSON B. SESSIONS III,<br>U.S. Attorney General,<br><br>　　　　Respondent. | Case No. **1:16-CV-00893-DAD-EPG**<br>**ORDER ON EXPERT DISCOVERY**<br><br>**ERICA P. GROSJEAN**<br>**U.S. MAGISTRATE JUDGE** |

The parties have stipulated to extend all expert discovery dates by two weeks. (ECF No. 32.) Based on the stipulation, the expert discovery deadlines are extended as follows:

　　　　Expert disclosure deadline: **June 15, 2017**

　　　　Rebuttal expert disclosure deadline: **July 15, 2017**

　　　　Expert witness discovery: **August 13, 2017**

All other dates previously set by the Court will remain the same.


IT IS SO ORDERED.

　　Dated: __**May 26, 2017**__　　　　　　　　　/s/ *Erica P. Grosjean*
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1

2