# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALEB FARES GIHA,<br><br>                             Petitioner,<br><br>              v.<br><br>JEFFERSON B. SESSIONS III,<br>U.S. Attorney General,<br><br>                           Respondent. | Case No. 1:16-cv-00893-EPG<br><br>**ORDER GRANTING PETITIONER'S MOTION FOR AN EXTENSION OF TIME TO RESPOND TO RESPONDENT'S MOTION FOR SUMMARY JUDGMENT**<br><br>(ECF No. 47) |

      On November 29, 2017, Petitioner, appearing *pro se*, filed the instant motion for an extension of time to respond to Respondent's motion for summary judgment. (ECF No. 47).

      Good cause having been presented to the Court, IT IS HEREBY ORDERED that Petitioner shall have until December 21, 2017 to file and serve an opposition to the motion for summary judgment, (ECF No. 42), and

      Respondent shall have until December 28, 2017 to file a reply, if any.

IT IS SO ORDERED.

      Dated:   **November 30, 2017**          /s/ Erica P. Grosjean
                                                             UNITED STATES MAGISTRATE JUDGE