# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALEB FARES GIHA,<br>A042-794-367,<br><br>　　　　　Petitioner,<br><br>vs.<br><br>U.S. Attorney General,<br>JEFFERSON B. SESSIONS III,<br><br>　　　　　Respondent. | Case No. 1:16-CV-00893-EPG<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME**<br><br>(ECF No. 51) |

The Court GRANTS Respondent's motion for an extension of time of 14 days, to and including January 11, 2018, within which to file a reply to Petitioner's opposition to Respondent's motion for summary judgment. Respondent's reply is now due by January 11, 2018.

IT IS SO ORDERED.

　　Dated: **December 26, 2017**　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE