# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALEB FARES GIHA,<br>A042-794-367,<br><br>  Petitioner,<br><br>  v.<br><br>U.S. Attorney General,<br>JEFFERSON B. SESSIONS III,<br><br>  Respondent. | Case No. 1:16-cv-00893-EPG<br><br>**ORDER ON MOTION FOR LEAVE OF COURT TO FILE SUPPLEMENTAL RESPONSE**<br><br>(ECF No. 59) |

On February 8, 2018, the Court directed the parties to submit supplemental briefs on Respondent's Motion for Summary Judgment. (ECF No. 55). Respondent now seeks leave to file a reply to Petitioner's supplemental brief. (ECF No. 59). The Court GRANTS Respondent's motion for leave to file a supplemental reply to Petitioner's supplemental response.

IT IS SO ORDERED.

  Dated:  **May 15, 2018**            /s/ Erica P. Grosjean
                                  UNITED STATES MAGISTRATE JUDGE

1